**From:** Bateman, Brent
**Sent:** Wednesday, February 08, 2012 10:21 AM
**To:** Shelton, Craig
**Subject:** RE: Vacation request

Craig,

This was the last email that I received from you regarding your drill dates and days off for Military duty. Please send me a written update per the information that you gave me this morning. You mentioned that you have new orders that require you to miss several days, please send me anything you have that is not restricted or confidential.

If possible I would also like to get contact information from your unit and chain of command. Certainly they understand that this is a burden to both you and to Gerber as your employer. Having been in the Oregon Army Guard myself I understand they are not necessarily concerned with the burden on you so maybe I can help your cause by helping them understand the burden on Gerber.

In addition would it be possible to get a contact with someone local that is affiliated with the ESGR.

Thanks.



**Brent A. Bateman**
Vice President - Institutional Sales | Gerber
Phone: (503) 403-1239 | Fax: (503) 403-1102
www.gerbergear.com

This e-mail transmission and any accompanying attachments may contain confidential information intended only for the use of the individual or entity named above. Any dissemination, distribution, copying or action taken in reliance on the contents of this e-mail by anyone other than the intended recipient is strictly prohibited and is not intended to, in anyway, waive privilege or confidentiality. If you have received this e-mail in error please immediately delete it and notify sender at the above e-mail address. Thank you.

---

**From:** Shelton, Craig
**Sent:** Friday, January 06, 2012 14:56
**To:** Bateman, Brent
**Subject:** RE: Vacation request

Brent,

Thank you for allowing me to take two weeks' vacation. Currently, because of budgetary constricts the only Military dates that I have are March 8-9 and 13 April. These dates have been added to the calendar.

Thanks again.



**Craig Shelton**
Regional Sales Manager, Government & Military Sales | Gerber
Phone: (503) 403-1144 | Cell: (503) 860-4627 | Fax: (503) 403-1102
www.gerbergear.com

This e-mail transmission and any accompanying attachments may contain confidential information intended only for the use of the individual or entity named above. Any dissemination, distribution, copying or action taken in reliance on the contents of this e-mail by anyone other than the intended recipient is strictly prohibited and is not intended to, in anyway, waive privilege or confidentiality. If you have received this e-mail in error please immediately delete it and notify sender at the above e-mail address. Thank you.

---

**From:** Bateman, Brent
**Sent:** Friday, January 06, 2012 8:03 AM



EXHIBIT A